The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FMC TECHNOLOGIES, INC., and FMC FOODTECH, INC., successors-in-interest to DESIGN SYSTEMS, INC., and STEIN, INC., d/b/a STEIN-DSI,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES EDWARDS and PROCESSING EQUIPMENT SOLUTIONS, INC.,<br><br>Defendants. | CASE NO. C05-0946-JCC<br><br>STIPULATION AND ORDER WITHDRAWING PLAINTIFF'S MOTION FOR LEAVE TO TAKE MORE THAN TEN DEPOSITIONS<br><br>**Note on Motion Calendar:**<br>**February 8, 2006** |

**STIPULATION**

The parties, through the undersigned counsel, stipulate and agree that Plaintiff's Motion for Leave to Take More Than Ten Depositions shall be withdrawn, without prejudice to amend and refile.

STIPULATION AND ORDER WITHDRAWING
PLAINTIFF'S MOTION FOR LEAVE TO TAKE MORE
THAN TEN DEPOSITIONS - 1
CASE NO. C05-0946-JCC

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

DATED this _____ day of February, 2006.

| | |
|---|---|
| NEWMAN & NEWMAN, LLP<br>Attorneys for Defendants | SUMMIT LAW GROUP PLLC<br>Attorneys for Plaintiffs |
| By /s/ Roger M. Townsend<br>    Derek A. Newman, WSBA #26967<br>    *derek@newmanlaw.com*<br>    Roger M. Townsend, WSBA #25525<br>    *roger@newmanlaw.com* | By /s/ Philip S. McCune<br>    Ralph H. Palumbo, WSBA #04751<br>    *ralphp@summitlaw.com*<br>    Philip S. McCune, WSBA #21081<br>    *philm@summitlaw.com*<br>    Elizabeth R. Kennar, WSBA #25432<br>    *bethk@summitlaw.com* |

## ORDER

It is so ordered.

DATED this 8th day of February, 2006.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

Presented by:

SUMMIT LAW GROUP PLLC
Attorneys for Plaintiffs

By /s/ Philip S. McCune
    Ralph H. Palumbo, WSBA #04751
    Philip S. McCune, WSBA #21081
    Elizabeth R. Kennar, WSBA #25432

Approved as to Form; Notice of Presentation Waived:

NEWMAN & NEWMAN, LLP
Attorneys for Defendants

By /s/ Roger M. Townsend
    Derek A. Newman, WSBA #26967
    Roger M. Townsend, WSBA #25525

STIPULATION AND ORDER WITHDRAWING
PLAINTIFF'S MOTION FOR LEAVE TO TAKE MORE
THAN TEN DEPOSITIONS - 2
CASE NO. C05-0946-JCC

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001