1
2
3
4
5
6
7
8       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
9                  AT SEATTLE

10  FMC TECHNOLOGIES, INC., and FMC
    FOODTECH, INC., successors-in-interest to
11  DESIGN SYSTEMS, INC. and STEIN, INC.,
    d/b/a STEIN-DSI,                                    CASE NO. C05-946C
12
                    Plaintiffs,                         ORDER
13
            v.
14
    JAMES EDWARDS and PROCESSING
15  EQUIPMENT SOLUTIONS, INC.,

16                  Defendants.

17      This matter comes before the Court on Plaintiffs' Motion for Continuance of Trial (Dkt. No. 66);

18  Defendants' Opposition (Dkt. No. 72); Plaintiffs' Reply (Dkt. No. 89); and Defendants' Surreply (Dkt.

19  No. 82). Having considered the papers submitted by the parties and finding oral argument unnecessary,

20  the Court GRANTS in part and DENIES in part Plaintiffs' motion, as follows.

21      The current trial date is July 10, 2006. The Court hereby continues the trial date to December 4,

22  2006 for a 7-day jury trial. Rule 39.1 Mediation shall be completed no later than October 2, 2006. The

23  parties' pretrial order is due November 22, 2006. Trial briefs, proposed voir dire, proposed jury

24  instructions, and trial exhibits are due November 30, 2006. The Federal Rules of Civil Procedure and the

25

26  ORDER – 1

Local Civil Rules shall govern any trial-related deadlines and due dates not specified in this Order.

As to Defendants' Surreply, the Court notes that it has not considered any "new" evidence presented by Plaintiffs' Reply in consideration of the instant motion. The parties are advised to adhere to the pleading standards of the Federal and Local Rules regarding the content and length of court filings, and are expected to seek leave of this Court for any variance therefrom.

SO ORDERED this 14th day of February, 2006.

John C. Coughenour

United States District Judge

ORDER – 2