1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FMC TECHNOLOGIES, INC., and FMC
FOODTECH, INC., successors-in-interest to
DESIGN SYSTEMS, INC. and STEIN, INC.,
d/b/a STEIN-DSI,

               Plaintiffs,

      v.

JAMES EDWARDS and PROCESSING
EQUIPMENT SOLUTIONS, INC.,

               Defendants.

CASE NO. C05-946C

MINUTE ORDER

      This matter comes before the Court on (1) Defendants' Motion for Work Product Turnover (Dkt. No. 116); (2) Defendants' Motion for Protective Order (Dkt. No. 118); (3) Defendants' Motion for Relief from Deadline for Partial Summary Judgment Opposition (Dkt. No. 134); and (4) Defendants' Telephonic Motion for Relief from Deadline related to Plaintiffs' Motion to Compel and for Sanctions (Dkt. No. 136). Having considered the papers submitted by the parties and arguments made on all four of these motions and finding additional argument unnecessary, the Court finds and rules as follows.

      (1) Defendants' Motion for Work Product Turnover is GRANTED. Newman & Newman shall turn over to Counsel for Defendants all work product relating to this matter immediately.

MINUTE ORDER – 1

1   (2)  Defendants' Motion for Protective Order is DENIED.  Discovery in this matter shall proceed

2   as scheduled with no stay.

3   (3)  Defendants' Motion for Relief from Deadline for Partial Summary Judgment Opposition is

4   DENIED.  Briefing on Plaintiffs' Partial Summary Judgment Motion (Dkt. No. 132) shall proceed

5   according to the noting date and the Local Rules.

6   (4) Defendants' Telephonic Motion for Relief from Deadline related to Plaintiffs' Motion to

7   Compel and for Sanctions is DENIED.  Briefing on Plaintiffs' Motion to Compel and for Sanctions (Dkt.

8   No. 136) shall proceed according to the noting date and the Local Rules.

9   SO ORDERED, DATED this 30th day of May, 2006.

10   BRUCE RIFKIN, Clerk of Court

11   By  _/s/ C. Ledesma_____

12   Deputy Clerk

13

14

15

16

17

18

19

20

21

22

23

24

25

26   MINUTE ORDER – 2