|   |   |
|---|---|
| FMC TECHNOLOGIES, INC., and FMC FOODTECH, INC., successors-in-interest to DESIGN SYSTEMS, INC. and STEIN, INC., d/b/a STEIN-DSI,<br><br>  Plaintiffs,<br><br>  v.<br><br>JAMES EDWARDS and PROCESSING EQUIPMENT SOLUTIONS, INC.,<br><br>  Defendants. | CASE NO. C05-946C<br><br>MINUTE ORDER |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' SEALED Motion (Dkt. No. 165) and Declaration (Dkt. No. 166). "There is a strong presumption of public access to the court's files and records which may be overcome only on a compelling showing that the public's right of access is outweighed by the interests of the public and the parties in protecting files, records, or documents from public review." Local Rule CR 5(g)(1). The Court notes that attachments to the motion may constitute properly sealed material, but finds that sealing the entire motion and supporting papers is overbroad.

MINUTE ORDER – 1

Accordingly, Plaintiffs are hereby DIRECTED to replace their motion and declaration with unsealed versions. Plaintiffs may attached sealed documents as exhibits thereto and may redact material in accordance with this Court's Local Rules and the Protective Order in this case. The currently sealed motion papers shall remain sealed, and the unsealed replacements will be the operative motion papers upon which this Court will rule.

DATED this 29th day of November, 2006.

BRUCE RIFKIN, Clerk of Court

By  /s/ C. Ledesma

Deputy Clerk

MINUTE ORDER – 2