1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10  FMC TECHNOLOGIES, INC., and FMC
    FOODTECH, INC., successors-in-interest to

11  DESIGN SYSTEMS, INC. and STEIN, INC.,        CASE NO. C05-946C
    d/b/a STEIN-DSI,

12              Plaintiffs,                       MINUTE ORDER

13      v.

14  JAMES EDWARDS and PROCESSING
    EQUIPMENT SOLUTIONS, INC.,

15
                Defendants.
16

17          The following Minute Order is made by direction of the Court, the Honorable John C.

18  Coughenour, United States District Judge:

19          This matter comes before the Court on the parties' stipulated request for leave (Dkt. Nos. 221,

20  228) for the parties to file dispositive motions in this matter.  Leave is GRANTED.

21          DATED this 25th day of January, 2007.

22                                               BRUCE RIFKIN, Clerk of Court

23                                               By   /s/ C. Ledesma

24                                                         Deputy Clerk

25

26  MINUTE ORDER – 1