UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FMC TECHNOLOGIES, INC., and FMC FOODTECH, INC., successors-in-interest to DESIGN SYSTEMS, INC. and STEIN, INC., d/b/a STEIN-DSI,

Plaintiffs,

v.

JAMES EDWARDS and PROCESSING EQUIPMENT SOLUTIONS, INC.,

Defendants.

CASE NO. C05-946C

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' filing of various documents regarding their dispositive motions as SEALED (Dkt. Nos. 226, 233, 234, 235, 236). "There is a strong presumption of public access to the court's files and records which may be overcome only on a compelling showing that the public's right of access is outweighed by the interests of the public and the parties in protecting files, records, or documents from public review." Local Rule CR 5(g)(1). The Court notes that the documents and attachment filed as sealed are lengthy and their designation in their entireties as "sealed" likely is

MINUTE ORDER – 1

1  overbroad. Accordingly, the parties are ORDERED to reevaluate the propriety of sealing these

2  documents in their entireties. Upon such reevaluation, Defendants are hereby DIRECTED to replace

3  Dkt. No. 226 with an unsealed version and Plaintiffs are hereby DIRECTED to replace Dkt. Nos. 233,

4  234, 235, and 236 with unsealed versions. The parties may attach sealed documents as exhibits to the

5  extent necessary and may redact material in accordance with this Court's Local Rules and the Protective

6  Order in this case. To the extent that a party remains convinced that sealing is proper as to all or part of

7  each of these documents and their attachments, that party is DIRECTED to file a short synopsis with the

8  Court, listing each document or attachment sealed and each category of redaction made, along with

9  justifications therefor. The currently sealed papers shall remain sealed, and the unsealed replacements

10  will be the operative motion papers upon which this Court will rule. The substitutions and synopses are

11  due within ten (10) days of the date of this Minute Order.

12      The Court will evaluate the propriety of sealing the documents listed *supra*, as well as future

13  filings, on an ongoing basis. The Court further DIRECTS the parties in the future to file sealed

14  documents in accordance with the foregoing.

15      DATED this 25th day of January, 2007.

16                                                    BRUCE RIFKIN, Clerk of Court

17                                                    By   */s/ C. Ledesma*

18                                                        Deputy Clerk

19

20

21

22

23

24

25

26  MINUTE ORDER – 2