The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FMC TECHNOLOGIES, INC., and FMC FOODTECH, INC., successors-in-interest to DESIGN SYSTEMS, INC., and STEIN, INC., d/b/a STEIN-DSI,<br><br>                    Plaintiffs,<br><br>    v.<br><br>JAMES EDWARDS and PROCESSING EQUIPMENT SOLUTIONS, INC.,<br><br>                    Defendants. | CASE NO. C05-0946-JCC<br><br>STIPULATION AND ORDER GRANTING LEAVE TO FILE STIPULATION AND ORDER FOR LIMITED RELIEF FROM COURT DEADLINE RE DISCOVERY CUTOFF<br><br>**Note on Motion Calendar:**<br>**Monday, February 5, 2007** |

## STIPULATION

The parties, through the undersigned counsel, stipulate and agree that the Court should grant leave to file a Stipulation and Order Granting Limited Relief from Court Deadline re Discovery Cutoff. The reasons for the extension and its limitations are described in the Stipulation and Order, which is attached hereto as Exhibit A.

SO STIPULATED this 5th day of February, 2007.

| | |
|---|---|
| SUMMIT LAW GROUP PLLC<br>Attorneys for Plaintiffs FMC Technologies, Inc. and FMC Foodtech, Inc.<br><br>By /s/ Rex C. Browning<br>    Ralph H. Palumbo, WSBA #04751<br>    Philip S. McCune, WSBA #21081<br>    Rex C. Browning, WSBA #11761 | YARMUTH WILSDON CALFO PLLC<br>Attorneys for Defendants James Edwards and Processing Equipment Solutions, Inc.<br><br>By /s/ C. Seth Wilkinson<br>    Angelo J. Calfo, WSBA #27079<br>    C. Seth Wilkinson, WSBA #31607<br>    Lyle A. Tenpenny, WSBA #34883 |

STIPULATION AND ORDER GRANTING LEAVE TO FILE STIPULATION AND ORDER FOR LIMITED RELIEF FROM COURT DEADLINE RE DISCOVERY CUTOFF - 1
CASE NO. C05-0946-JCC

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**ORDER**

The parties are granted leave to file a Stipulation and Order Granting Limited Relief from Court Deadline re Discovery Cutoff.

DATED this 13th day of February, 2007.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC
Attorneys for Plaintiffs


By /s/ Rex C. Browning
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   Rex C. Browning, WSBA #11761
   *ralphp@summitlaw.com*
   *philm@summitlaw.com*
   *rexb@summitlaw.com*

*Approved as to form; Notice of Presentation Waived:*

YARMUTH WILSDON CALFO PLLC
Attorneys for Defendants


By /s/ C. Seth Wilkinson
   Angelo J. Calfo, WSBA #27079
   C. Seth Wilkinson, WSBA #31607
   Lyle A. Tenpenny, WSBA #34883
   *acalfo@yarmuth.com*
   *swilkinson@yarmuth.com*
   *ltenpenny@yarmuth.com*

STIPULATION AND ORDER GRANTING LEAVE TO
FILE STIPULATION AND ORDER FOR LIMITED RELIEF
FROM COURT DEADLINE RE DISCOVERY CUTOFF - 2
CASE NO. C05-0946-JCC

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001