The Honorable John C. Coughenour

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

FMC TECHNOLOGIES, INC., and FMC
FOODTECH, INC., successors-in-interest to
DESIGN SYSTEMS, INC., and STEIN, INC.,
d/b/a STEIN-DSI,

11

                                   Plaintiffs,

12                            v.

13
14

JAMES EDWARDS and PROCESSING
EQUIPMENT SOLUTIONS, INC.,

                                   Defendants.

15

CASE NO.  C05-0946-JCC

STIPULATION AND ORDER
GRANTING LIMITED RELIEF FROM
COURT DEADLINE RE DISCOVERY
CUTOFF

**Note on Motion Calendar:**
**Monday, February 5, 2007**

16
17
18
19
20
21
22
23
24
25

## STIPULATION

    Discovery cutoff in this case was December 26, 2006.  On January 26, 2007, defendants

supplemented their production of documents relating to the design and marketing of their Quality

Control and water jet cutting equipment, for the first time producing contracts and other

documents generated after PES' last production on these topics relating to three companies

(QuantumVision Corporation, MP Equipment Company, and Gear Tech Services, LLC ) with

whom defendant PES has contracted to work with it on the design, including computer code, and

marketing of these machines.  Plaintiffs wish to depose and obtain documents from these

companies.  Defendants oppose depositions, but will stipulate to subpoenas duces tecum for

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax:    (206) 676-7001

1   documents generated before the discovery cutoff.  Without waiving the possibility of seeking

2   greater relief from the Court, plaintiffs ask that the Court allow the stipulated subpoenas.

3         In addition, two depositions (John Hewell and Fieldale Farms) were agreed in advance of

4   the cutoff, but circumstances prevented their taking place as scheduled; the parties agreed to

5   stipulate to their taking place after the cutoff.

6         The parties, through the undersigned counsel, stipulate and agree that defendants may

7   take the deposition of John Hewell; plaintiffs may take the deposition of Fieldale Farms; and

8   plaintiffs may issue subpoenas duces tecum limited to documents generated before December 26,

9   2006, to QuantumVision Corporation, MP Equipment Company, Gear Tech Services, LLC; after

10   the discovery cutoff of December 26, 2006, but not later than 45 days from the date this Order is

entered.

        SO STIPULATED this 5th day of February, 2007.

| SUMMIT LAW GROUP PLLC<br>Attorneys for Plaintiffs FMC Technologies,<br>Inc. and FMC Foodtech, Inc. | YARMUTH WILSDON CALFO PLLC<br>Attorneys for Defendants James Edwards<br>and Processing Equipment Solutions, Inc. |
|---|---|
| By /s/ Rex C. Browning<br>    Ralph H. Palumbo, WSBA #04751<br>    Philip S. McCune, WSBA #21081<br>    Rex C. Browning, WSBA #11761 | By /s/ C. Seth Wilkinson<br>    Angelo J. Calfo, WSBA #27079<br>    C. Seth Wilkinson, WSBA #31607<br>    Lyle A. Tenpenny, WSBA #34883 |

## ORDER

        IT IS SO ORDERED.

        DATED this 13th day of February, 2007.

THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER GRANTING LIMITED
RELIEF FROM COURT DEADLINE RE DISCOVERY
CUTOFF - 2
CASE NO. C05-0946-JCC

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone  (206) 676-7000
Fax:   (206) 676-7001

1

*Presented by:*

2

SUMMIT LAW GROUP PLLC
Attorneys for Plaintiffs

3

4

By /s/ Rex C. Browning
        Ralph H. Palumbo, WSBA #04751
        Philip S. McCune, WSBA #21081
        Rex C. Browning, WSBA #11761
        *ralphp@summitlaw.com*
        *philm@summitlaw.com*
        *rexb@summitlaw.com*

5

6

7

8

*Approved as to form; Notice of Presentation Waived:*

9

YARMUTH WILSDON CALFO PLLC
Attorneys for Defendants

10

11

By /s/ C.Seth Wilkinson
        Angelo J. Calfo, WSBA #27079
        C. Seth Wilkinson, WSBA #31607
        Lyle A. Tenpenny, WSBA #34883
        *acalfo@yarmuth.com*
        *swilkinson@yarmuth.com*
        *ltenpenny@yarmuth.com*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER GRANTING LIMITED
RELIEF FROM COURT DEADLINE RE DISCOVERY
CUTOFF - 3
CASE NO. C05-0946-JCC

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001