UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FMC TECHNOLOGIES, INC., and FMC FOODTECH, INC., successors-in-interest to DESIGN SYSTEMS, INC. and STEIN, INC., d/b/a STEIN-DSI,<br><br>     Plaintiffs,<br><br> v.<br><br>JAMES EDWARDS and PROCESSING EQUIPMENT SOLUTIONS, INC.,<br><br>     Defendants. | CASE NO. C05-946C<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' telephone inquiry with Chambers about scheduling motions in limine. All motions in limine shall be due by April 9, 2007. Responses shall be due by April 12, 2007. Replies shall be due by April 13, 2007. All motions in limine shall be noted on the motion calendar for April 13, 2007.

DATED this 15th day of March, 2007.  BRUCE RIFKIN, Clerk of Court

               By _/s/ C. Ledesma_____

                  Deputy Clerk

MINUTE ORDER – 1