1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

FMC TECHNOLOGIES, INC., and FMC
FOODTECH, INC., successors-in-interest to
DESIGN SYSTEMS, INC. and STEIN, INC.,
d/b/a STEIN-DSI,

11

CASE NO. C05-946C

12

Plaintiffs,

MINUTE ORDER

13

v.

14

15

JAMES EDWARDS and PROCESSING
EQUIPMENT SOLUTIONS, INC.,

16

Defendants.

17

The following Minute Order is made by direction of the Court, the Honorable John C.

18

Coughenour, United States District Judge:

19

This matter comes before the Court on the parties' joint Local Civil Rule 7(i) request for a

20

telephonic hearing regarding motions in limine and when the Court should consider Plaintiffs' early-filed

21

motion regarding the testimony of three witnesses they anticipated would be called by Defendants at trial

22

(Dkt. No. 314).  This Court has previously set a schedule for motions in limine (Dkt. No. 308), which

23

includes the required filing, response, reply, and noting dates.  The Court finds no cause to amend this

24

schedule, particularly in light of the revelation that at least two-thirds, if not all, of Plaintiffs' motion

25

26

MINUTE ORDER – 1

appears to be moot because two of the three witnesses will not be called at trial and the third already has been deposed.  The Court STRIKES Plaintiffs' motion in limine as premature, DENIES the request for a hearing on this matter, and advises the parties to confer with each other before bringing moot disputes to the Court.

DATED this 11th day of June, 2007.

BRUCE RIFKIN, Clerk of Court

By   _/s/ C. Ledesma_____

Deputy Clerk

MINUTE ORDER – 2